ORIGINAL

FILED
AUG 14 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. INNOCENT ALOZIE )
2. JOKAIRA ARIAS ) CASE NO. 08-582 C
3. MADELINE ARMENTA )
4. MICHAEL BAUZESKI )
5. ROBERT BOOTHE )
6. KIRK BRAUN )
7. MICHAEL BROWN )
8. DAVID CUFFEE )
9. JEFFEREY CURTIS )
10. DANIEL D'ARRIGO )
11. BRYAN DAWSON )
12. MICHAEL DRYJA )
13. CHRISTOPHER GEORGE )
14. MARK GRAHAM )
15. REBECCA GRAY )
16. JAMES GRIPPO )
17. ISTUAN HOSSZU, JR. )
18. SCOT JACKSON )
19. ROBERT KRISHOCK )
20. MICHAEL LOESCH )
21. JASON MADRIGAL )
22. GREGORY MARINO )

23. RICHARD MARTINEZ )
24. KELLY MCKENNA )
25. NELSON MERCADO )
26. SPENCER MOSER )
27. JASON NUSOM )
28. FREDERICK NYE )
29. PAUL POLUSZNY )
30. JOHN REITER )
31. WALTER RIGGS )
32. MELISSA SCHUBERT )
33. WILLIAM SCHWEERS, JR. )
34. CRAIG SHAFFER )
35. MATTHEW SIKORA )
36. MATTHEW STERMAN )
37. MARK SZALCZYK )
38. MICHAEL WILLIAMS )
39. PAUL WISS )
40. ROBERT WOODSON, III )

Plaintiffs, )

v. )

THE UNITED STATES, )

Defendant. )

## COMPLAINT

1. The plaintiffs are employees or former employees of the defendant United States Government, employed as Law Enforcement Officers who receive Administratively Uncontrollable Overtime at the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), at various locations.

2. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. Section 216(b), 28 U.S.C. Section 1346(a)(2), and 28 U.S.C. Section 2201, 2202, and 1491, 5 U.S.C. Section 5545(c)(2), 5 U.S.C. Section 5596, and Title 5 of the United States Code, to remedy defendant's willful and unlawful violations of federal law complained of herein.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1346 (a)(2), 28 U.S.C. Section 1491, and 29 U.S.C. Section 216(b).

4. Venue is proper pursuant to 28 U.S.C. Section 1402.

### PARTIES

5. Plaintiff Innocent Alozie is a resident of Reading, Pennsylvania, and at all times material herein has been employed as an Immigration Enforcement Agent at the GS-1801-07 to GS-1801-09 level for the Department of Homeland Security, Immigration and Customs Enforcement.

6. Additional persons who are plaintiffs in this action are also current or former employees of the defendant employed by ICE, in Immigration Enforcement Agent and Detention and Deportation Officer positions at various

locations and they have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. Section 216(b). Such written consents are appended to this complaint. These written consent forms set forth each plaintiff's name, home address, employing agency, and the positions and grade levels in which each plaintiff has been employed during the past three years.

7. Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 203(e)(1).

8. At all times relevant to this proceeding, plaintiffs were Law Enforcement Officers ("LEOs") in Administratively Uncontrollable Overtime ("AUO")-qualifying positions.

9. The defendant United States Government is, and at all material times has been, a "public agency" and "employer within the meaning of the FLSA, 29 U.S.C. Section 203(x) and Section 203(d). Defendant employs the plaintiffs and other employees in similar activities and has its principal place of business in Washington, D.C.

## FACTS

10. At all times pertinent to this proceeding, plaintiffs workday has been scheduled to consist of eight hours of work and one, half-hour, meal period. At all times pertinent to this proceeding, plaintiffs regularly worked through their daily, half-hour meal period.

11. Plaintiffs' meal periods were neither irregular nor unscheduled. Moreover, during their meal periods, plaintiffs have been required to work.

12. Outside of their regularly scheduled, 8 ½ hour scheduled shifts, plaintiffs have performed such work as detaining and transporting detainees, completing paperwork, or waiting for cooperating agencies to pick up or drop off detainees. These activities qualify as AUO.

13. Although plaintiffs have been routinely working through their meal periods, the meal periods are regularly scheduled hours, and defendant is aware that these activities are taking place, defendant has classified the half hour plaintiffs spend working through their meal periods as AUO.

LEGAL CLAIMS

14. Section 7(a) of the FLSA, 29 U.S.C. Section 207(a), provides that an employer shall compensate its employees at a rate of not less than one and one-half times their regular rate for each hour worked in excess of forty (40) hours per week.

15. Section 551.501 of Part 5 of the Code of Federal Regulations, 5 C.F.R. Section 551.501, provides that federal agency employers such as ICE, shall compensate their employees at a rate of not less than one and one-half times the employees' regular rate of pay for all hours of work in excess of eight (8) in a day and/or forty (40) in a workweek.

16. Section 5545 of Title 5 of the United States Code provides that an employer may choose to compensate employees for certain overtime hours at a flat annual rate of premium pay, a scheme generally known as "Administratively Uncontrollable Overtime" ("AUO"), in lieu of overtime paid under 5 U.S.C. Section 5542.

17. Employees in AUO-qualifying positions receive premium pay of not less than ten percent and not more than twenty-five percent of their basic rates of pay depending on the number of overtime hours that the employees work. 5 C.F.R. Section 550.151.

18. Work which qualifies as AUO is "irregular, unscheduled overtime duty with the employee generally being responsible for recognizing, without supervision, circumstances which require the employee to remain on duty." 5 U.S.C. Section 5545(c)(2).

19. Section 551.411 of Part 5 of the Code of Federal Regulations, 5 C.F.R. Section 551.411(c), provides: "*Bona fide* meal periods are not considered hours of work, except for on-duty meal periods for employees engaged in fire protection or law enforcement activities who receive compensation for overtime hours of work under 5 U.S.C. 5545(c)(1) or (2) or 5545b."

20. Employees in AUO-qualifying positions may also earn overtime compensation for regularly scheduled overtime work that their employer may "suffer or permit," as provided by the FLSA. 5 C.F.R. Section 551.401.

21. The United States Government improperly compensated plaintiffs for regularly working through their regularly scheduled meal periods by recording the regularly scheduled meal periods as AUO, for which plaintiffs are compensated by an annual premium. As such, the Government miscalculated the rate at which the plaintiffs' overtime should have been calculated. As non-AUO overtime hours for which plaintiffs were suffered or permitted to work, and which were regularly scheduled, plaintiffs were entitled to have such overtime

compensated at one and one-half times each plaintiff's regular rate of pay. Defendant, however, by improperly designating such hours as AUO, provided plaintiffs only with additional "half-time" pay for these regularly scheduled overtime hours.

22. During the time plaintiffs worked in excess of forty (40) hours per week and/or eight (8) hours per day or, in the alternative, in excess of 42.5 hours a week or 85 hours a biweekly pay period, defendant United States Government has failed and refused to provide plaintiffs with the rights and protections provided under the FLSA, including overtime at a rate of one and one-half times their regular rates of pay for all non-AUO hours plaintiffs have worked in excess of the hourly standards set forth in 29 U.S.C. Section 207 and 5 C.F.R. Section 551.501.

23. By failing and refusing to pay plaintiffs and other similarly situated employees the overtime pay required by law, the United States government has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA and Title 5 of the U.S. Code. As a consequence, at all times material herein, plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

24. As a result of the United States Government's willful and purposeful violations of the FLSA, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each plaintiff are in the exclusive possession, custody, and

control of the defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA, and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other similarly situated employees from which the amounts of defendant's liability can be ascertained.

25. Pursuant to 29 U.S.C. Section 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

26. Pursuant to the Back Pay Act, 5 U.S.C. Section 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

27. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. Section 216(b), the Back Pay Act, 5 U.S.C. Section 5596 as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of his rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award plaintiffs monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully Submitted,

Dated: August 14, 2008

Gregory K. McGillivary
Woodley & McGillivary
1125 Fifteenth Street, N.W.
Suite 400
Washington, D.C. 20005
Telephone: (202) 833-8855
Facsimile: (202) 452-1090

Counsel of Record

# APPENDIX – CONSENT FORMS

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME ALOZIE , INNOCENT
Last First Middle

HOME ADDRESS P O BOX 2384
Address

READING PA 19608
City State Zip Code

PHONE (home) 6107435800 (work) 6103740743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step | Position | Year | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-1801-07-01 | IEA |
| 2004 | | | 2008 | GS-1801-09-01 | IEA |
| 2005 | | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Arias Jokaira
Last First Middle

HOME ADDRESS 40 Crystal CT
Address

York Haven, PA 17370
City State Zip Code

PHONE (home) (646) 372-9689 (work) (717) 840-7341

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** Example: GS-1802-07-03 | **Position** D.E.O. | | **Series/Grade/Step** Example: GS-1802-07-03 | **Position** D.E.O. |
|---|---|---|---|---|---|
| 2002 | GS-1801-07- | I.I. | 2006 | GS-1801- | IEA |
| 2003 | GS-1801-07 | CBP | 2007 | GS-1801-09-04 | IEA |
| 2004 | GS-1801-07 | CBP | 2008 | GS-1801-09-04 | IEA |
| 2005 | GS-1801-07 | CBP | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Armenta Madeline
Last First Middle

HOME ADDRESS 610 Crestwyck Circle
Address

Mount Joy PA 17552
City State Zip Code

PHONE (home) (813)892-4234 (work) (215)239-7465

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| **Series-Grade-Step** Example: GS-1802-07-03 | **Position** D.E.O. | **Series/Grade/Step** Example: GS-1802-07-03 | **Position** D.E.O. |
|---|---|---|---|
| 2002 | | 2006 | |
| 2003 | | 2007 GS-1801-07-01 | IEA |
| 2004 | | 2008 GS-1801-07-01 | IEA |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Bavzeski Michael N
Last First Middle

HOME ADDRESS 20 Hillery Ct. Apt B-21
Address

York PA 17402
City State Zip Code

PHONE (home) 814-243-2441 (work) ____________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 | |
| 2003 | | 2007 GS-1801-07-01 | IIA |
| 2004 | | 2008 GS-1801-09-01 | IEA |
| 2005 | | 2009 | |

SIGNATURE [signature] ____________

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME BOOTHE Robert Lee
Last First Middle

HOME ADDRESS 706 SKYVIEW Dr
Address

York PA 17406
City State Zip Code

PHONE (home) 717 825 1633 (work) 717 840 7584

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | GS-1801-09-08 | IEA 04/28/07 |
| 2003 | | | 2007 | GS-1801-09-08 | GS-1801-12-2 04/27/08 |
| 2004 | GS-1801-05-10, GS-1801-07-10 | | 2008 | GS/1811-12-2 | GS-1811-12-3 |
| 2005 | GS-1801-09-08 | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME BRAUN KIRK MATTHEW
Last First Middle

HOME ADDRESS 3864 CLINTON STREET
Address

BUFFALO NY 14224
City State Zip Code

PHONE (home) 716 677-9560 (work) 610 7219352

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 | |
| 2003 | | 2007 GL 5 STEP 00 | |
| 2004 | | 2008 | |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Brown — Michael — Jason
Last — First — Middle

HOME ADDRESS 2595 Stanford Dr
Address

York — PA — 17402
City — State — Zip Code

PHONE (home) 858-7950 (work) 267-767-5357

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. | | Series/Grade/Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. |
|---|---|---|---|---|---|
| 2002 | | | 2006 | 1801-9-1 | IEA |
| 2003 | 1801-5-1 | IEA | 2007 | 1801-9-2 | IEA |
| 2004 | 1801-7-1 | IEA | 2008 | 1801-9-4 | IEA |
| 2005 | 1801-9-1 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME CUFFEE DAVID —
Last First Middle

HOME ADDRESS 403 N. 8th STREET
Address

STROUDSBURG PA 18360
City State Zip Code

PHONE (home) 570.476.2959 (work) 570.775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step Example: GS-1802-07-03 | Position D.E.O. | Series/Grade/Step Example: GS-1802-07-03 | Position D.E.O. |
|---|---|---|---|
| 2002 GS-1802-7-10 | | 2006 GS-1801-9-7 | |
| 2003 GS-1802-7-10 | | 2007 GS-1801-9-7 | |
| 2004 GS-1802-7-10 | | 2008 GS-1801-9-7 AND TO 9-8 | |
| 2005 GS-1802-9-7 | | 2009 G-1801-9-8 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Curtis , Jefferey W.
Last First Middle

HOME ADDRESS 415 Summit Ave
Address

Perkasie PA 18944
City State Zip Code

PHONE (home) (215)258-2844 (work) (484)223-0294

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | GS-1801-12-10 | DO |
| 2003 | | | 2007 | GS-1801-12-10 | |
| 2004 | GS 1801-12-10 | D.O. | 2008 | GS-1801-12-10 | |
| 2005 | GS 1801-12-10 | D.O. | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME D'ARRIGO DANIEL MICHAEL
Last First Middle

HOME ADDRESS 3539 G BULL Rd
Address

York PA 17408
City State Zip Code

PHONE (home) (717) 870-6806 (work) (215) 651-9855

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-07-01 | DEO | 2006 | GS-1801-09-03 | IEA |
| 2003 | GS-1802-07-02 | DEO | 2007 | GS-1801-09-04 | IEA |
| 2004 | GS-1801-09-01 | IEA | 2008 | GS-1801-11-01 | DO |
| 2005 | GS-1801-09-02 | IEA | 2009 | GS-1801-12-01 | DO |

SIGNATURE Daniel M D'Arrigo

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Dawson (Last) Bryan (First) Lee (Middle)

HOME ADDRESS 2721 Stockley Lane (Address)

Downingtown (City) PA (State) 19335-6017 (Zip Code)

PHONE (home) (484) 786-9288 (work) (610) 374-0743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1895-05-02 | Imm. Inspector | 2006 | GS-1895-11-02 CBP Off. / GS-1801-09-08 | I.E.A. |
| 2003 | GS-1895-07-01 | CBP Off. | 2007 | GS-1801-09-08 | I.E.A. |
| 2004 | GS-1895-09-01 | CBP Off. | 2008 | GS-1801-09-08 | I.E.A. |
| 2005 | GS-1895-11-01 | CBP Off. | 2009 | | |

SIGNATURE Bryan L. Dawson

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Dryja Michael —
Last First Middle

HOME ADDRESS 89 Jean Lo Way
Address

York, PA 17402
City State Zip Code

PHONE (home) 215-459-6020 (work) 215-459-6020

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-7-2 | DEO | 2006 | GS-1801-11-1 | SIEA |
| 2003 | GS-1801-7-3 | IEA | 2007 | GS-1801-12-1 | DO |
| 2004 | GS-1801-7-4 | IEA | 2008 | GS-1801-12-1 | DO |
| 2005 | GS-1801-9-1 | SIEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME George Christopher W
Last First Middle

HOME ADDRESS 1701 Taxville Rd. Apt. 8A
Address

York PA 17408
City State Zip Code

PHONE (home) 717-792-3126 (work) 215-239-7221

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 ~~GL-1801-05-01~~ | |
| 2003 | | 2007 GL-1801-05-01 | |
| 2004 | | 2008 GL-1801-05-01 | |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME GRAHAM MARK A
Last First Middle

HOME ADDRESS 617 S. HAMPTON AT WATERFORD
Address

YORK PA 17402
City State Zip Code

PHONE (home) (734) 752-2000 (work) ______________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 | |
| 2003 | | 2007 GS-1801-09-09 | IEA |
| 2004 | | 2008 GS-1801-09-07 | IEA |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME GRAY (Last) Rebecca (First) T (Middle)

HOME ADDRESS 725 N. 11th St (Address)

Allentown (City) PA (State) 18102 (Zip Code)

PHONE (home) (610)434-2520 (work) (610)227-5014
(610) 374-0743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. | Year | Series/Grade/Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. |
|---|---|---|---|---|---|
| 2002 | GS- -6-2 | Admin asst. | 2006 | GS- -11-01 | CBP officer |
| 2003 | GS- -5-1 | July 14, 2003 II /CBP officer | 2007 | GS- -11-01<br>GS- -07-06 | CBP officer<br>IEA (march 07) |
| 2004 | GS- -7-1 | II /CBP officer | 2008 | GS- -09-08 | IEA |
| 2005 | GS- -09-01 | CBP officer | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME GRIPPO (Last) JAMES (First) ROBERT (Middle)

HOME ADDRESS 549 Shadetree Blvd. (Address)

Marietta (City) PA (State) 17547 (Zip Code)

PHONE (home) 724-355-0690 (work) 610-721-9574

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step / Position (Example: GS-1802-07-03 D.E.O.) | Year | Series/Grade/Step / Position (Example: GS-1802-07-03 D.E.O.) |
|---|---|---|---|
| 2002 | | 2006 | |
| 2003 | | 2007 | GS-1801-07-01-02 |
| 2004 | | 2008 | GS-1801-07-02 |
| 2005 | | 2009 | |

SIGNATURE James Grippo

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME HOSSZU SR. ISTVAN
Last First Middle

HOME ADDRESS 1949 Misty Dr.
Address

Mount JOY PA 17552
City State Zip Code

PHONE (home) 732-322-6907 (work) 215-239-5302

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-5-01 | IEA |
| 2004 | | | 2008 | | |
| 2005 | | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME JACKSON Scot William
Last First Middle

HOME ADDRESS 204 Alara Lane
Address

Lewisburg PA 17837
City State Zip Code

PHONE (home) 928-210-7820 (work) 267 549 4416

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802 5/9 | DEO | 2006 | GS 1801 7/00 | IEA |
| 2003 | GS-1801 7/9 | IEA | 2007 | GS 1801 9/6 | IEA |
| 2004 | GS-1801 7/9 | IEA | 2008 | GS 1801 9/7 | IEA |
| 2005 | GS-1801 9/6 | IEA | 2009 | GS 1801 9/7 | IEA |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME KRISHOCK ROBERT F
Last First Middle

HOME ADDRESS 3847 N ALABAMA AVE
Address

READING PA 19605
City State Zip Code

PHONE (home) 610 929 4555 (work) 610 374 0743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-5-10 | DEO | 2006 | GS-1802-9-01 | DO |
| 2003 | GS-1802-7-04 | DEO | 2007 | GS 1802-11/01 | DO |
| 2004 | GS-1802-5 | DO | 2008 | GS-1802-12-01 | DO |
| 2005 | GS-1802-7 | DO | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Loesch Michael H
Last First Middle

HOME ADDRESS 53 Surrey Dr
Address

Hillsborough NJ 08844
City State Zip Code

PHONE (home) (908) 295-3798 (work) (570) 775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | **Series-Grade-Step** | **Position** | | **Series/Grade/Step** | **Position** |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-1801-07-01 | IEA |
| 2004 | | | 2008 | GS-1801-09-01 | IEA |
| 2005 | | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME MADRIGAL JASON A
Last First Middle

HOME ADDRESS 104 BEAR Valley DR
Address

Taften PA 18464
City State Zip Code

PHONE (home) (570) 226-6940 (work) (570) 775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 GS-1801-07-03 | |
| 2003 | | 2007 GS-1801-09-02 | |
| 2004 | | 2008 GS-1801-09-02 | |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME MARENO Gregory
Last First Middle

HOME ADDRESS 2484 Alpine Dr.
Address

Hellertown Pa. 19055
City State Zip Code

PHONE (home) 610-838-0276. (work) 484-223-0294

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 | |
| 2003 | | 2007 GS-1802-12-02 | D.O. Fusoff |
| 2004 | | 2008 GS-1802-12-03 | D.O. Fusoff |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME MARTINEZ RICHARD
Last First Middle

HOME ADDRESS 3088 ROUTE 220 HWY
Address

HughESville PA 17737
City State Zip Code

PHONE (home) 570-274-6547 (work) 570-547-6903

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. | Year | Series/Grade/Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. |
|---|---|---|---|---|---|
| 2002 | GS-1802-7-10 | DEO | 2006 | GS 1801-9-7 | IEA |
| 2003 | GS-1801-9-10 | DEO | 2007 | GS 1801-9-7 | IEA |
| 2004 | GS-1802-7-10 | DEO | 2008 | GS1801-9-7 | IEA |
| 2005 | GS 1801-9-7 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME McKenna (Last) Kelly (First) F (Middle)

HOME ADDRESS 2391 DeepHollow Rd (Address)

Dover (City) Pa (State) 17315 (Zip Code)

PHONE (home) (717)292-0755 (work) (215)239-5900

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step | Position | Year | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-1801-05-01 | IEA |
| 2004 | | | 2008 | GS-1801-05-01 | IEA |
| 2005 | | | 2009 | | |

SIGNATURE K McK

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Mercado Nelson J.
Last First Middle

HOME ADDRESS 923 Wood ST.
Address

Bethlehem PA 18018
City State Zip Code

PHONE (home) 610.419.1245 (work) 570.775.1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 | | 2006 | |
| 2003 | | 2007 G.S 1802-9-8 | |
| 2004 | | 2008 G.S 1802 9-8 | |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Moser (Last) Spencer (First) L (Middle)

HOME ADDRESS 99 wistar rd (Address)

Hughesville (City) Pa (State) 17737 (Zip Code)

PHONE (home) 570-419-1400 (work) 570-775-1454

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step (Example: GS-1802-07-03) | Position (D.E.O.) | Year | Series/Grade/Step (Example: GS-1802-07-03) | Position (D.E.O.) |
|---|---|---|---|---|---|
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-1801-5/10 | I/A |
| 2004 | | | 2008 | GS-1801-7/ | I/A |
| 2005 | | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Nilsom Jason Robert
Last First Middle

HOME ADDRESS 15 CRYSTAL COURT
Address

YORK HAVEN PA 17370
City State Zip Code

PHONE (home) 717 268 1884 (work) 267.246.9044

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| **Series-Grade-Step** Example: GS-1802-07-03 | **Position** D.E.O. | **Series/Grade/Step** Example: GS-1802-07-03 | **Position** D.E.O. |
|---|---|---|---|
| 2002 | | 2006 GS-7 | IEA |
| 2003 | | 2007 GS-9 | IEA |
| 2004 | | 2008 GS-9 | IEA |
| 2005 GS-5 | IEA | 2009 | |

SIGNATURE Jason Nilsom

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME NYE FREDERICK J
Last First Middle

HOME ADDRESS 150 DEER TRAIL DRIVE
Address

HAWLEY PA 18428
City State Zip Code

PHONE (home) 856 287 7462 ~~[illegible]~~ (work) 570 775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| **Series-Grade-Step** | **Position** | **Series/Grade/Step** | **Position** |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |

2002 ______ 2006 ______

2003 ______ 2007 8/5/2007 E.O.D. GS 9 STEP (10)

2004 ______ 2008 ______

2005 ______ 2009 ______

SIGNATURE [signature] FRED NYE

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Poslusny Paul
Last First Middle

HOME ADDRESS 321 Golf Club Rd
Address

Roaring Brook Twp PA 18436
City State Zip Code

PHONE (home) 570-842-6961 (work) 570-775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-7-8 | | 2006 | GS-1802-11-4 | |
| 2003 | GS-1802-9-6 | | 2007 | GS-1802-12-1 | |
| 2004 | GS-1802-9-6 | | 2008 | GS-1802-12-2 | |
| 2005 | GS-1802-9-7 | | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Reiter John C
Last First Middle

HOME ADDRESS 530 W Penn Ave
Address

Robesonia PA 19551
City State Zip Code

PHONE (home) 610-693-6294 (work) 610-374-0743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-5-1 | DEO | 2006 | GS-1801-9-2 | IEA |
| 2003 | GS-1801-6-2 | IEA | 2007 | GS-1801-9-3 | IEA |
| 2004 | GS-1801-7-3 | IEA | 2008 | GS-1801-9-4 | IEA |
| 2005 | GS-1801-7-4-/9-1 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Riggs Walter Clifton
Last First Middle

HOME ADDRESS 201 Eastwick DR
Address

Reading PA 19606
City State Zip Code

PHONE (home) 610-906-1548 (work) 610-374-0743

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1816-11-1 | inspector | 2006 | GS-1895-11-4 | CBPO |
| 2003 | GS 1895-11-2 | CBPO | 2007 | GS-1802-09-10 | TEA |
| 2004 | GS-1895-11-3 | CBPO | 2008 | GS-1802-09-10 | TEA |
| 2005 | GS-1895-11-4 | CBPO | 2009 | | |

SIGNATURE Walter C. Riggs

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Schubert (Last) Melissa (First) A (Middle)

HOME ADDRESS ~~2406 Mohan~~ 47 Old Farm Rd. (Address)

~~Ferndale~~ Camp Hill (City) PA. (State) 17011 (Zip Code)

PHONE (home) 717-6358456 cell (717-2151810) (work) 717-8407246

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step Example: GS-1802-07-03 | Position D.E.O. | | Series/Grade/Step Example: GS-1802-07-03 | Position D.E.O. |
|---|---|---|---|---|---|
| 2002 | | | 2006 | GS-1801-9-Step2 | IEA |
| 2003 | GS-1801-5 | DEO/IEA | 2007 | GS-1801-11 | DO |
| 2004 | GS-1801-7 | IEA | 2008 | GS-1801-12 | DO |
| 2005 | GS-1801-9 | IEA | 2009 | | |

SIGNATURE Melissa Schubert

Continue on Reverse

* will be transferring to Cleveland, Ohio as D.O/Fugitive operations as of 7/6/08. New address: 4447 Newcastle Cove, Brunswick. Oh.

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Schweers JR (Last) William (First) Edward (Middle)

HOME ADDRESS 318 Coffee Goss Rd. (Address)

Marietta (City) PA (State) 17547 (Zip Code)

PHONE (home) 267-246-9046 (work) 717 840 7296

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step (Example: GS-1802-07-03) | Position (D.E.O.) | Year | Series/Grade/Step (Example: GS-1802-07-03) | Position (D.E.O.) |
|---|---|---|---|---|---|
| 2002 | GS-1802-6-2 | DEO/IEA | 2006 | GS-1802-11-01 | SIEA |
| 2003 | GS-1802-7-3 | DEO/IEA | 2007 | GS-1802-11-02 | SIEA |
| 2004 | GS-1802-7-4 | DEO/IEA | 2008 | GS-1802-11-02 | SIEA |
| 2005 | GS-1802-9-2 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME SHAFFER CRAIG S.
Last First Middle

HOME ADDRESS 2977 GREENWOOD RD.
Address

YORK PA 17408
City State Zip Code

PHONE (home) (717)817-0228 (work) (717) 840-7292

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Series-Grade-Step | Position | | Series/Grade/Step | Position |
|---|---|---|---|---|---|
| | Example: GS-1802-07-03 | D.E.O. | | Example: GS-1802-07-03 | D.E.O. |
| 2002 | GS-1802-07-06 | DEO | 2006 | GS-1801-09-5 | IEA |
| 2003 | GS-1802-07-06 | DEO | 2007 | GS 1801-11-2 | SIEA |
| 2004 | GS-1801-09-04 | IEA | 2008 | GS-1801-11-3 | SIEA |
| 2005 | GS 1801-09-04 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME SIKORA MATTHEW R
Last First Middle

HOME ADDRESS 280 TORREY PINES DRIVE
Address

MT WOLF PA 17347
City State Zip Code

PHONE (home) 717-266-3184 (work) 717-840-7662

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| **Series-Grade-Step** Example: GS-1802-07-03 | **Position** D.E.O. | **Series/Grade/Step** Example: GS-1802-07-03 | **Position** D.E.O. |
|---|---|---|---|
| 2002 | | 2006 GS-1801-07-00 | |
| 2003 | | 2007 GL-1801-09-07 | |
| 2004 | | 2008 GL-1801-09-07 | |
| 2005 | | 2009 | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME STIERMAN MATTHEW A
Last First Middle

HOME ADDRESS 925 E PHILADELPHIA ST
Address

YORK PA 17403
City State Zip Code

PHONE (home) 717 845 3620 (work) 717 840 7154

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step (Example: GS-1802-07-03) | Position (D.E.O.) | Year | Series/Grade/Step (Example: GS-1802-07-03) | Position (D.E.O.) |
|---|---|---|---|---|---|
| 2002 | GS 1801 7-8 | DEO | 2006 | GS 1801 9-6 | IEA |
| 2003 | GS 1801 7-8 | DEO | 2007 | GS 1801 9-7 | IEA |
| 2004 | GS 1801 9-6 | IEA | 2008 | GS 1801 9-7 | FIEA |
| 2005 | GS 1801 -9-6 | IEA | 2009 | GS 1802 11-3 | ~~B~~ DO |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME SZALCZYK (Last) MARK (First) VINCENT (Middle)

HOME ADDRESS 344 LUDWELL DR (Address)

LANCASTER (City) PA (State) 17601 (Zip Code)

PHONE (home) 717-569-5230 (work) 610-656-0970

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step (Example: GS-1802-07-03) | Position (D.E.O.) | Year | Series/Grade/Step (Example: GS-1802-07-03) | Position (D.E.O.) |
|---|---|---|---|---|---|
| 2002 | GS-1802-06-02 | DEO | 2006 | GS-1801-09-02 | IEA |
| 2003 | GS-1802-07-03 | DEO | 2007 | GS-1801-11-01 | DO |
| 2004 | GS-1801-07-04 | IEA | 2008 | GS-1801-11-01 | DO |
| 2005 | GS-1801-09-01 | IEA | 2009 | | |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME Williams (Last) Michael (First) Paul (Middle)

HOME ADDRESS 86 Haggerty Rd (Address)

Wantage (City) NJ (State) 07461 (Zip Code)

PHONE (home) (802) 233-8026 (work) (570) 775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Series-Grade-Step (Example: GS-1802-07-03) | Position (D.E.O.) | Year | Series/Grade/Step (Example: GS-1802-07-03) | Position (D.E.O.) |
|---|---|---|---|---|---|
| 2002 | | | 2006 | | |
| 2003 | | | 2007 | GS-1801-05-05 | IEA |
| 2004 | | | 2008 | GS-1801-07-01 | IEA |
| 2005 | | | 2009 | GS-1801-09-01 | IEA |

EOD 9/2/07 as IEA

SIGNATURE Michael Paul Williams

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME WISS PAUL JEROME
Last First Middle

HOME ADDRESS 12 MAPLE STREET
Address

PLAINS PA. 18702
City State Zip Code

706. 1656
PHONE (home) ~~570.775.1545~~ (work) 570. 775. 1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step | Position | Series/Grade/Step | Position |
|---|---|---|---|
| Example: GS-1802-07-03 | D.E.O. | Example: GS-1802-07-03 | D.E.O. |
| 2002 GS-1802-05-01 DEO | | 2006 GS-1802-09-02-IEA | |
| 2003 GS-1802-06-02 DEO | | 2007 GS-1802-09-03-IEA/DO | |
| 2004 GS-1802-07-01 DEO | | 2008 GS-1802-11-01-DO | |
| 2005 GS-1802-07-03 DEO | | 2009 | |

SIGNATURE [signature] WISS 19 MAY 08
DO #0462

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF IN AUO/FLSA OVERTIME CASE**

**Print clearly, or type the following information:**

NAME WOODSON III Robert J
Last First Middle

HOME ADDRESS 2138 Fitzwater Street
Address

Philadelphia PA. 19146
City State Zip Code

PHONE (home) 215-229-3775 (work) 570-775-1545

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Series-Grade-Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. | Series/Grade/Step<br>Example: GS-1802-07-03 | Position<br>D.E.O. |
|---|---|---|---|
| 2002 | | 2006 GS-1801-09-01 | |
| 2003 GS-1801-05-01 | D.E.O | 2007 GS-1801-09-02 | |
| 2004 GS-1801-07-02 | D.E.O | 2008 GS-1801-09-03 | |
| 2005 GS-1801-09-01 | I.E.A | 2009 | |

SIGNATURE Robert J. Woodson, III IEA

Continue on Reverse