IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INNOCENT ALOZIE, JOKAIRA ARIAS, MADELINE ARMENTA, MICHAEL BAUZESKI, ROBERT BOOTHE, KIRK BRAUN, MICHAEL BROWN, DAVID CUFFEE, JEFFEREY CURTIS, DANIEL D'ARRIGO, BRYAN DAWSON, MICHAEL DRYJA, CHRISTOPHER GEORGE, MARK GRAHAM, REBECCA GRAY, JAMES GRIPPO, ISTUAN HOSSZU, JR., SCOT JACKSON, ROBERT KRISHOCK, MICHAEL LOESCH, JASON MADRIGAL, GREGORY MARINO, RICHARD MARTINEZ, KELLY MCKENNA, NELSON MERCADO, SPENCER MOSER, JASON NUSOM, FREDERICK NYE, PAUL POLUSZNY, JOHN REITER, WALTER RIGGS, MELISSA SCHUBERT, WILLIAM SCHWEERS, JR., CRAIG SHAFFER, MATTHEW SIKORA, MATTHEW STERMAN, MARK SZALCYK, MICHAEL WILLIAMS, PAUL WISS and ROBERT WOODSON, III,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 08-582C
(Judge Wheeler)

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Patryk J. Drescher, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Patryk J. Drescher
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12106
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Patryk J. Drescher
PATRYK J. DRESCHER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0464
Facsimile: (202) 307-0972
E-mail: Patryk.Drescher@usdoj.gov

Dated: September 15, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 15 day of September, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patryk J. Drescher